U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 14 2017

TONY R. MOORE, CLERK
BY \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BOBBY SMITH<br>B.O.P. #06134-095 | : | CIVIL ACTION NO. 2:16-CV-1208<br>SECTION P |
| VERSUS | : | JUDGE WALTER |
| WARDEN JOHNSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 14 day of February, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE